ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
MICHAEL D. DISSINGER, ESQ.
Nevada Bar No. 15208
KOELLER NEBEKER CARLSON
      & HALUCK, LLP
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
*Andrew.green@knchlaw.com*
*Michael.dissinger@knchlaw.com*
Attorneys for Defendants,
LIBERTY MUTUAL INSURANCE COMPANY,
LIBERTY INSURANCE CORPORATION and
LM GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID TROYER, an individual, | CASE NO.: 2:19-cv-01056-APG-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; LIBERTY INSURANCE CORPORATION, a Massachusetts corporation; LM GENERAL INSURANCE COMPANY, a Massachusetts corporation; DOES I-X, and ROE CORPORATIONS I-X; | **[FIRST REQUEST]** |
| Defendants. | |

**COME NOW**, Defendants, LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY INSURANCE CORPORATION AND LM GENERAL INSURANCE COMPANY (hereinafter also referred to as "Defendants"), by and through their attorneys, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, DAVID TROYER (hereinafter also referred to as "Plaintiff"), by and through his attorneys of record, Marc A. Saggese, Esq., and Mark J. Willoughby, Esq., of SAGGESE & ASSOCIATES, and hereby submit this joint Stipulation and Order to Extend Time for Plaintiff to Respond to Defendants' Motion for Summary Judgment (ECF #45). This is the first request to extend time for Plaintiff's response to Defendants' Motion for Summary Judgment (ECF #45).

# STIPULATION

**IT IS HEREBY STIPULATED BY AND BETWEEN,** Defendants and Plaintiff, that Plaintiff shall have an additional seventy-five (75) days to respond to Defendants' Motion for Summary Judgment (ECF #45). The parties agree the new deadline will be February 28, 2022.

### A. CURRENT AND PROPOSED DATES

| | |
|---|---|
| Current Deadline for Plaintiff Response: | December 15, 2021 |
| Proposed Deadline for Plaintiff Response: | February 28, 2022 |
| Proposed Deadline for Defendants' Reply: | 14 Days After Service of Plaintiff Response per LR 7-2(b) |

### B. REASONS FOR REQUESTED EXTENSION

On November 24, 2021, Defendants filed their Motion for Summary Judgment (ECF #45) and Opposition to Plaintiff's Motion to Extend Time to Take Discovery (ECF #44). In the Opposition, Defendants expressly noted their amenability to extension of time for Plaintiff to respond to the Motion for Summary Judgment. (*See,* Opposition to Plaintiff's Motion to Extend Time to Take Discovery at 7, fn. 2, on file herein, ECF #44.)

Plaintiff filed his Motion to Stay Defendants' Motion for Summary Judgment on December 7, 2021 (ECF #47). Counsel for Plaintiff was advised Defendants would provide additional time for Plaintiff to respond to the Motion for Summary Judgment (ECF #45) following completion of the depositions of Katharine Houlihan and Defendants' representative witness, Bryce Ridenhour, which are scheduled to occur on December 14, 2021, and George Romano.

Defendants and Plaintiff agree to additional time for Plaintiff's response to the Motion for Summary Judgment (ECF #45) for the purpose of permitting acquisition of the transcripts of the above-referenced depositions. Plaintiff agrees to withdraw the Motion to Stay Defendants'

///
///
///
///

Motion for Summary Judgment (ECF #47) once the Court has approved of and entered the instant Stipulation and Order.

**IT IS SO STIPULATED.**

DATED this 14th day of December, 2021.                    DATED this 14th day of December, 2021.

KOELLER, NEBEKER, CARLSON                                 SAGGESE & ASSOCIATES
  & HALUCK, LLP

By: */s/ Andrew C. Green*                                 By: */s/ Mark J. Willoughby*
    ANDREW C. GREEN, ESQ.                                     MARC A. SAGGESE, ESQ.
    Nevada Bar No. 9399                                       Nevada Bar No. 7166
    MICHAEL D. DISSINGER, ESQ.                                MARK J. WILLOUGHBY, ESQ.
    Nevada Bar No. 15208                                      Nevada Bar No. 14782
    400 S. 4th Street, Suite 600                              732 S. 6th Street, Suite 201
    Las Vegas, NV 89101                                       Las Vegas, NV 89101
    Attorneys for Defendants,                                 Attorneys for Plaintiff,
    LIBERTY MUTUAL INSURANCE                                  DAVID TROYER
    COMPANY, LIBERTY INSURANCE
    CORPORATION and LM GENERAL
    INSURANCE COMPANY

**ORDER**

**IT IS HEREBY ORDERED** Plaintiff shall have until February 28, 2022 to respond to Defendants' Motion for Summary Judgment (ECF #45) and Defendants shall have fourteen (14) days following Plaintiff's response to file its Reply in support of the Motion for Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE

DATED:  December 15, 2021

Respectfully Submitted by:

KOELLER, NEBEKER, CARLSON
& HALUCK, LLP

By:    */s/ Andrew C. Green*
    ANDREW C. GREEN, ESQ.
    Nevada Bar No. 9399
    MICHAEL D. DISSINGER, ESQ.
    Nevada Bar No. 15208
    400 S. 4th Street, Suite 600
    Las Vegas, NV 89101
    Attorneys for Defendants,
    LIBERTY MUTUAL INSURANCE COMPANY,
    LIBERTY INSURANCE CORPORATION, and
    LM GENERAL INSURANCE COMPANY